UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Tomas Zavalidroga,<br><br>    Plaintiff,<br><br>    v.<br><br>City of Burlington et al,<br><br>    Defendant. | Civil Action No. 2:25–cv–497 |

### ORDER

On or before July 7, 2025, Plaintiff shall return executed his Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 27th day of June 2025.

                                            */s/ Kevin J. Doyle*
                                            United States Magistrate Judge