UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Tomas Zavalidroga,

    Plaintiff,

    v.

City of Burlington et al,

    Defendant.

Civil Action No. 2:25–cv–497

## **ORDER**

On or before August 15, 2025, Defendants shall return executed their Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 5th day of August 2025.

          */s/ Kevin J. Doyle*
          Kevin J. Doyle
          United States Magistrate Judge