UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Tomas Zavalidroga,<br><br>    Plaintiff,<br><br>    v.<br><br>City of Burlington et al,<br><br>    Defendant. | Civil Action No. 2:25–cv–497 |

## ORDER

On or before August 15, 2025, Plaintiff shall return executed his Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this  5th  day of August 2025.

                                                                                    */s/ Kevin J. Doyle*
                                                                                    Kevin J. Doyle
                                                                                   United States Magistrate Judge